**FILED**

06/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0163

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0163

| | |
|---|---|
| ACCESS FITNESS, INC., KEVIN FULBRIGHT, <br><br> Appellants, <br><br> v. <br><br> R-MONTANA ASSOCIATES, LP, <br><br> Appellee. | **ORDER GRANTING EXTENSION** |

Upon Appellants' Unopposed Motion for Extension of Time, and with good cause appearing therefor,

IT IS HEREBY ORDERED that Appellants shall have up to and including July 11, 2022, by which they may file their Opening Brief in this matter.

ELECTRONICALLY SIGNED AND DATED AS INDICATED BELOW.

Order Granting Extension

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 2 2022